IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

2005 NOV 22 A 9: 55

Roy Edward Pike #079888 )
Full name and prison number )
of plaintiff(s) )
 )
v. ) CIVIL ACTION NO. 3:05cv1117-T
 ) (To be supplied by Clerk of
Hon. Judge Howard Bryan ) U.S. District Court)
 )
Probation Officer Matthew Gagne )
_____ )
_____ )
 )
Name of person(s) who violated )
your constitutional rights. )
(List the names of all the )
persons.) )

I.   PREVIOUS LAWSUITS

   A.   Have you begun other lawsuits in state or federal court
        dealing with the same or similar facts involved in this
        action?  YES ( )  NO (✓)

   B.   Have you begun other lawsuits in state or federal court
        relating to your imprisonment?  YES ( )  NO (✓)

   C.   If your answer to A or B is yes, describe each lawsuit
        in the space below.  (If there is more than one lawsuit,
        describe the additional lawsuits on another piece of
        paper, using the same outline.)

        1.   Parties to this previous lawsuit:

             Plaintiff(s)  —Ø—

             _____

             Defendant(s)  —Ø—

             _____

        2.   Court (if federal court, name the district; if
             state court, name the county)  —Ø—

3. Docket number ⌀

4. Name of judge to whom case was assigned ⌀

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) ⌀

6. Approximate date of filing lawsuit ⌀

7. Approximate date of disposition ⌀

II. PLACE OF PRESENT CONFINEMENT Chambers County Detention ~~Fac't~~ Facility Lafayette, AL.

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED
Chambers County Court House, Lafayette, AL.

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

NAME / ADDRESS

1. Hon. Judge Bryant — Chambers County Courthouse Lafayette, AL.
2. Matthew Gagne — 58 1st Ave S.W.   Lafayette, AL. 36862
3. —
4. —
5. —
6. —

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED
August 8th 2005

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: Was given permission to move while on ~~Pro~~ probation. And was revoked on probation violation.

2

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

Plaintiff was given permission in person by his probation Officer As With his daughter Tressa Musselwhite As witness to the fact. Plaintiff also recieved verification from Attorney Steve Perryman that he had recieved permission to relocate on May 2005.

GROUND TWO: Failure to Allow witness to testify on Plaintiff's behalf on August 8th 2005

SUPPORTING FACTS: Due to this, the Plaintiff was revoked on probation violation.

GROUND THREE:

SUPPORTING FACTS:

3

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

I want my probation to be reinstated and have me released from Chambers County Detention Facility.

_____
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on November 16, 2005
             (Date)

_____
Signature of plaintiff(s)

Lindsey Williams
MY COMMISSION EXPIRES JULY 9, 2008

4